SCOTT MCCRAY,

    Plaintiff,

    v.

                                  Case No. 18-cv-01637

ROBERT WILKIE,
Secretary of Veterans Affairs,

    Defendant.

## ORDER LIFTING STAY AND EXTENDING DEADLINES

IT APPEARING THAT appropriations have been restored to fund the Department of Justice, IT IS THEREFORE ORDERED that the stay entered by this Court by Order dated January 9, 2019 is hereby lifted, and any and all deadlines in the above-captioned case (whether established by order, rule, or agreement), including but not limited to any responsive pleading deadlines, are extended by 35 days.

Dated at Milwaukee, Wisconsin, this ___ day of _____, 2019.

                    **BY THE COURT:**

                    David E. Jones
                    United States Magistrate Judge